**Order entered September 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00094-CV

### IN THE INTEREST OF SC AND KC, CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## ORDER

This appeal is one of multiple proceedings (05-18-00629-CV, 05-18-01368-CV, and 05-19-00006-CV) filed in relation to the underlying suit affecting the parent-child relationship ("SAPCR") and pending in this Court. In each of these proceedings, relator complains, at least in part, of orders enforcing a fee provision in the parties' divorce decree. On the Court's own motion, we conclude these proceedings should be consolidated into one proceeding and decided together as one appeal.

Accordingly, we **ORDER** cause number 05-19-00094-CV **CONSOLIDATED** into cause number 05-18-00629-CV. We **DIRECT** the Clerk of Court to remove all documents from cause number 05-19-00094-CV and refile them in cause number 05-18-00629-CV and to treat cause number 05-19-00094-CV as a closed case. We **ORDER** any future filings be filed in and bear only cause number 05-18-00629-CV. The case will be submitted on the briefs filed in this

cause number and argued as 05-18-00629-CV, which is set for submission at 3:00 p.m. on October 23, 2019 consisting of Justices Pedersen, Justice Reichek, and Justice Carlyle.


/s/     BILL PEDERSEN, III
PRESIDING JUSTICE